IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 02 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| JEFF KURTZMAN, Individually and on behalf of all those similarly situated, § § § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. H-99-779 | |
| § | | |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, § § § | CONSOLIDATED WITH | |
| § | | |
| Defendants § | | |

| | | |
|---|---|---|
| DEBBIE KNOBLUTH, Individually and on behalf of all those similarly situated, § § § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. H-99-836 | |
| § | | |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, § § § | | |
| § | | |
| Defendants § | | |

| | | |
|---|---|---|
| DAVID GOLAN, Individually and on behalf of all those similarly situated, § § § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. 99-869 | |
| § | | |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, § § § | | |
| § | | |
| Defendants § | | |

| | | |
|---|---|---|
| EMANUEL CATECHIS, Individually and on behalf of all those similarly situated, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 99-889 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, | § § § § | |
| Defendants | § | |

| | | |
|---|---|---|
| SUZANNE P. GOODMAN, Individually and on behalf of all those similarly situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 99-936 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, | § § § | |
| Defendants | § | |

| | | |
|---|---|---|
| DAVID W. MAZONE, JUSTIN M. VANDERPOT, AND BEHRAH NAKHAI, Individually and on behalf of all those similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 99-937 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, | § § § | |
| Defendants | § | |

- 2 -

JOSEPH COTRONEO, Individually and on behalf of all those similarly situated,

       Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

       Defendants

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 99-952

---

GARY GILMAN, Individually and on behalf of all those similarly situated,

       Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

       Defendants

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 99-967

---

VIRGO FAMILY TRUST, by John and Barbara Virgo, on behalf of itself and all those similarly situated,

       Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

       Defendants

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 99-1011

---

- 3 -

ClibPDF - www.fastio.com

STEVEN KAMMERMAN, Individually
and on behalf of all those
similarly situated,

         Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION,
ECKARD PFEIFFER, AND EARL L.
MASON,

         Defendants

§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 99-1020

---

ROBERT HONMYHR, Individually
and on behalf of all those
similarly situated,

         Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION,
ECKARD PFEIFFER, AND EARL L.
MASON,

         Defendants

§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 99-1026

---

NEIL GILLIGAN, RICHARD J.
KNEEBONE, AND RUTH L. KNEEBONE,
Individually and on behalf of
all those similarly situated,

         Plaintiffs,

VS.

COMPAQ COMPUTER CORPORATION,
ECKARD PFEIFFER, AND EARL L.
MASON,

         Defendants

§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 99-1097

---

- 4 -

LAWRENCE E. BALFUS, Individually §
and on behalf of all those §
similarly situated, §
§
§
Plaintiff, §
§
VS. §                          CIVIL ACTION NO. 99-1101
§
COMPAQ COMPUTER CORPORATION, §
ECKARD PFEIFFER, AND EARL L. §
MASON, §
§
Defendants §

---

HERBERT J. HAAS AND JOHN E. §
CLARK, Individually and on §
behalf of all those similarly §
situated, §
§
§
Plaintiffs, §
§
VS. §                          CIVIL ACTION NO. 99-1112
§
COMPAQ COMPUTER CORPORATION, §
ECKARD PFEIFFER, AND EARL L. §
MASON, §
§
Defendants §

---

CRAIG HOUSTON AND DEBORAH A. §
DYCKMAN, Individually and on §
behalf of all those similarly §
situated, §
§
§
Plaintiffs, §
§
VS. §                          CIVIL ACTION NO. 99-1127
§
COMPAQ COMPUTER CORPORATION, §
ECKARD PFEIFFER, AND EARL L. §
MASON, §
§
Defendants §

---

- 5 -

RUTH GRAIFMAN AND JULIUS §
GRAIFMAN, Individually and on §
behalf of all those similarly §
situated, §
§
        Plaintiffs, §
§
VS. §      CIVIL ACTION NO. 99-1139
§
COMPAQ COMPUTER CORPORATION, §
ECKARD PFEIFFER, AND EARL L. §
MASON, §
§
        Defendants §

---

HAYMAN SCHWARTZ, Individually §
and on behalf of all those §
similarly situated, §
§
        Plaintiff, §
§
VS. §      CIVIL ACTION NO. 99-1161
§
COMPAQ COMPUTER CORPORATION, §
ECKARD PFEIFFER, EARL L. MASON, §
WILLIAM D. STRECKER, AND §
MICHAEL J. WINKLER, §
§
        Defendants §

---

ALAN SMITH, Individually and on §
behalf of all those similarly §
situated, §
§
        Plaintiff, §
§
VS. §      CIVIL ACTION NO. 99-1174
§
COMPAQ COMPUTER CORPORATION, §
ECKARD PFEIFFER, AND EARL L. §
MASON, §
§
        Defendants §

---

- 6 -

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| ROBERT C. DANIELS, Individually and on behalf of all those similarly situated, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 99-1178 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, EARL L. MASON, WILLIAM D. STRECKER, AND MICHAEL J. WINKLER, | § § § § § | |
| Defendants | § | |

| | | |
|---|---|---|
| JEANNE E. LIBIT, Individually and on behalf of all those similarly situated, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 99-1204 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, | § § § | |
| Defendants | § | |

| | | |
|---|---|---|
| WAYNE LEE, Individually and on behalf of all those similarly situated, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 99-1250 |
| COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON, | § § § | |
| Defendants | § | |

- 7 -

STEVEN OSTROW, Individually and on behalf of all those similarly situated,

        Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

        Defendants

§ § § § § § § § § § § § §

CIVIL ACTION NO. 99-1281

---

ARNOLD SILVERSTEIN AND ROBERT STRUGO, Individually and on behalf of all those similarly situated,

        Plaintiffs,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

        Defendants

§ § § § § § § § § § § § §

CIVIL ACTION NO. 99-1290

---

WARREN HILLS, Individually and on behalf of those similarly situated,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

        Defendants

§ § § § § § § § § § §

CIVIL ACTION NO. H-99-1295

---

- 8 -

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| MILTON AND ROSLYN APPLEBAUM,<br>Individually and on behalf of<br>all those similarly situated,<br><br>        Plaintiffs,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION,<br>ECKARD PFEIFFER, AND EARL L.<br>MASON,<br><br>        Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1298 |

| | | |
|---|---|---|
| JULIUS TURNER, Individually<br>and on behalf of all those<br>similarly situated,<br><br>        Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION,<br>ECKARD PFEIFFER, AND EARL L.<br>MASON,<br><br>        Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1356 |

| | | |
|---|---|---|
| DAVID L. RICHARDS, Individually<br>and on behalf of all those<br>similarly situated,<br><br>        Plaintiff,<br><br>VS.<br><br>COMPAQ COMPUTER CORPORATION,<br>ECKARD PFEIFFER, AND EARL L.<br>MASON,<br><br>        Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-1359 |

- 9 -

AARON SOLOMON AND MICHAEL   §
ZELMAN, Individually and on   §
behalf of all those similarly   §
situated,   §
  §
            Plaintiffs,   §
  §
VS.   §   CIVIL ACTION NO. H-99-1376
  §
COMPAQ COMPUTER CORPORATION,   §
ECKARD PFEIFFER, AND EARL L.   §
MASON,   §
  §
            Defendants   §

---

JOSEPH PERRI, Individually and   §
on behalf of all those   §
similarly situated,   §
  §
            Plaintiff,   §
  §
VS.   §   CIVIL ACTION NO. 99-1381
  §
COMPAQ COMPUTER CORPORATION,   §
ECKARD PFEIFFER, AND EARL L.   §
MASON,   §
  §
            Defendants   §

---

THERESA MALDE AND ANGEL L.   §
ROSAS, on behalf of themselves   §
and all others similarly   §
situated,   §
  §
            Plaintiff,   §
  §
VS.   §   CIVIL ACTION NO. 99-1415
  §
COMPAQ COMPUTER CORPORATION,   §
ECKARD PFEIFFER, AND EARL L.   §
MASON,   §
  §
            Defendants   §

---

ClibPDF - www.fastio.com

PERRY DICASPRI, Individually and on behalf of all those similarly situated,

        Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, EARL L. MASON, WILLIAM D. STRECKER, RODNEY W. SCHROCK, JOHN T. ROSE, ENRICO PESTATORI, HANS W. GUTSCH, MICHAEL D. HEIL, THOMAS C. SIEKMAN, JOHN J. RANDO, AND MICHAEL J. WINKLER, MASON,

        Defendants

§ § § § § § § § § § § § § § § § § §

CIVIL ACTION NO. H-99-1417

---

W. MARK LANIER, Individually and on behalf of all those similarly situated,

        Plaintiff,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

        Defendants

§ § § § § § § § § § § § § §

CIVIL ACTION NO. 99-1422

---

V. PINNOCK BAILEY, II AND DR. ROBERT W. BAILEY, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

VS.

COMPAQ COMPUTER CORPORATION, ECKARD PFEIFFER, AND EARL L. MASON,

        Defendants

§ § § § § § § § § § § § § § § §

CIVIL ACTION NO. 99-1429

---

ClibPDF - www.fastio.com

## <u>ORDER OF CONSOLIDATION</u>

The Court <u>sua sponte</u>

ORDERS that Civil Action H-99-1429, <u>V. Pinnock Bailey, II and Dr. Robert W. Bailey v. Compaq Computer Corporation et al.</u>, is hereby CONSOLIDATED into H-99-779.

**SIGNED** at Houston, Texas, this 1st day of February, 2000.

MELINDA HARMON

UNITED STATES DISTRICT JUDGE

- 12 -